**JESSICA J. OLIVA**
California State Bar No. 312435
**ELIZABETH M. BARROS**
California State Bar No. 227629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Jessica_Oliva@fd.org
Elizabeth_Barros@fd.org

Attorneys for Bailey Szramowski

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 25CR441 |
| Plaintiff, | Hon. Ruth B. Montenegro |
| v. | Date: September 19, 2025 |
| | Time: 9:00 a.m. |
| BAILEY SZRAMOWSKI, | Courtroom: 5B |
| Defendant. | RULE 16.1 STATUS REPORT |

Defendant Bailey Szramowski, by and through his counsel, Jessica J. Oliva and Elizabeth M. Barros, hereby files this Status Report pursuant to Fed. R. Crim. P. 16.1 and Local Crim. R. 16.1.a.

## I. PROCEDURAL HISTORY

On January 7, 2025, Mr. Szramowski was charged in a complaint with distribution of fentanyl, in violation of 21 U.S.C. § 841. ECF No. 1. On February 18, 2025, he was arraigned on an indictment, charging him with conspiracy to distribute a controlled substance, in violation of 21 U.S.C. §§ 841 and 846, and distribution of fentanyl resulting in death, in violation of 21 U.S.C. 841. ECF No. 17-18. He entered a not guilty plea that same day.

On March 7, 2025, Mr. Szramowski, through counsel, filed motions to compel discovery, preserve evidence, and for leave to file further motions. ECF No. 32. A

motion hearing and trial setting is currently scheduled for September 19, 2025, at 9:00 a.m. ECF No. 44.

## II.     RULE 16.1 STATUS REPORT

Pursuant to Fed. R. Crim. P. 16.1 and Local Crim. R. 16.1.a, the parties have conferred regarding discovery. Defense counsel provides this update to the Court. To date, the United States has produced 1,299 pages of discovery, as well as a copy of Mr. Szramowski's cellphone download. On July 23, 2025, the parties also inspected physical evidence at the United States Attorney's Office.

However, material discovery remains outstanding, including additional cellphone downloads, 911 call recordings, audio and video recordings taken of Mr. Szramowski, body worn camera footage, crime scene photos, and recordings of witness interviews conducted by NCIS.

**Cellphone Downloads:** The defense has requested cellphone downloads that are material in this case. So far, the government has produced a download of Mr. Szramowski's cellphone. It is also in the process of producing a copy of A.N.'s, the decedent's, cellphone download.

However, the government opposes the defense's request for a copy of G.G's cellphone download. G.G. was A.N.'s girlfriend from September 2022 until the day of his overdose. Importantly, she was with A.N. in the days leading up to his death. She travelled with him from San Diego to northern California. Following A.N.'s death, G.G. took his personal effects, which included his personal cellphone. She deleted messages from A.N.'s cellphone and made numerous inconsistent statements to law enforcement during the course of its investigation, including about A.N.'s and her personal drug use history. Given her proximity to A.N. in the days leading up to his arrest, her prior inconsistent statements, and her participation in destroying evidence, G.G.'s cellphone is material to the preparation of the defense. There is no doubt that it is in the government's possession and any privacy concerns can be addressed through a protective order, which is already in place in this case. Though the

government has offered the defense an opportunity to manually inspect the cellphone at its office, this alternative is neither practical, nor will it address the need to examine messages or content that may have been deleted from the cellphone prior to NCIS seizing it.

**Crime Scene Evidence**: To date, the government has not produced 911 call recordings made on the morning of A.N.'s death, any dispatch tapes or body worn camera videos taken by the responding San Leandro Police Department officers, or crime scene photos.

**Audio and Video Recordings**: Defense counsel has requested preservation and production of all recordings (both audio and video) pertaining to Mr. Szramowski. The government has yet to produce any recordings, including any recorded calls or surveillance videos of when Mr. Szramowski was in custody. Additionally, the government has yet to produce audio or video recordings of the witness interviews conducted by NCIS.

**Medical/Labs Reports:** The defense requested any and all copies of autopsy reports and/or medical examinations. Though the government has produced some toxicology and autopsy reports, the defense does not have complete discovery, including the raw detailed records for lab work performed during the investigation of this case. Additionally, the government has not produced any lab reports related to the currency seized at the crime scene.

### III.  CONCLUSION

Mr. Szramowski respectfully request that the Court accept the Rule 16.1 Status Report and compel the government to produce outstanding discovery.

Respectfully submitted,

Dated: September 12, 2025      *s/ Jessica J. Oliva*
Federal Defenders of San Diego, Inc.
Attorneys for Bailey Szramowski
Email: Jessica_Oliva@fd.org