Charles N. Guthrie (SBN 76644)
Attorney at Law/1650 8th Ave., # 305
San Diego, California 92101
Tel: 619-230-8598

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HON. JUDGE RUTH BERMUDEZ MONTENEGRO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOHNNESE POOMAIHEALANI (D2),<br>Defendant. | Case No.   25 CR 441 - RBM<br><br>RULE 16.1 STATUS REPORT<br>(MOTION TO JOIN CO-DEFENDANT'S RULE 16.1)<br><br>Hon. Ruth B. Montenegro<br>Date: September 19, 2025<br>Time:   9:00 a.m |

    The Defendant Johnnese Poolmaihealani (D2), by and through her counsel, Charles N. Guthrie, hereby files this Status Report pursuant to Fed. R. 16.1.a.

    Ms. Poolmaihealani is charged along with her co-defendant (husband) Mr. Bailey A. Szramowski in Count 1, conspiring to distribute fentanyl and cocaine in violation of title 21 USC 841 (a) (1)/ 846; and in Count 2, her Co-defendant husband Bailey A. Szramowski is charged with distributing a substance containing fentanyl and a death resulted from the use of said substance in violation of Title 21 USC 841 (a) (1) and 841 (b) (1) ( C ).

    The Defense has cordially discussed discovery with the Prosecution (both AUSAs Ms. Syeda Akhtar, and Mr. Keith Ellison with conversations directed at:

1. The Prosecution indicates that the blood sample from the deceased victim has been lost and the defense is awaiting specifications as to exactly where in the discovery are the circumstances of how the blood sample

25 CR 441 - RBM

was lost.

2. A review of Defense Discovery indicates that the Defense is missing a second discovery production and the Defense has spoken to AUSA Syeda Akhtar who has indicated she will assist the defense in acquiring said discovery.

3. Ms. Poomaihealani reiterates the importance of the requested download of GG's, the deceased's girlfriend's cell phone.

Respectfully submitted,
September 15, 2025

<u>Charles N. Guthrie</u>
S/Charles N. Guthrie, Atty at Law

25 CR 441 - RBM