**JESSICA J. OLIVA**
California State Bar No. 312435
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Jessica_Oliva@fd.org

Attorneys for Mr. Szramowski

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25-CR-0441-RBM (AHG) |
|---|---|
| Plaintiff, | Hon. Allison H. Goddard |
| v. | |
| BAILEY A. SZRAMOWSKI (1), | **_Unopposed_** Motion to Modify Conditions of Pre-Trial Release |
| Defendant. | |

### I.    INTRODUCTION

Mr. Bailey A. Szramowski respectfully requests that his pre-trial release conditions be modified to allow him to travel to and reside in the State of Hawaii. Mr. Szramowski would like to relocate to Hawaii to live with family.

The assigned U.S. Pretrial Services Officer, Craig Stanziano, does not oppose Mr. Szramowski's request. The government, through assigned Assistant United States Attorney, Keith Ellison, defers to the Pretrial Services Office.

Respectfully submitted,

DATED:  November 20, 2025        _s/ Jessica J. Oliva_
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Mr. Szramowski