MICHAEL LITTMAN
CA State Bar # 120625
105 West "F" St., 4th Flr.
San Diego, CA 92101
(619) 236-1030
michael@littmanlaw.com

Attorney for Defendant
JOHNNESE POOMAIHEALANI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOHNNESE POOMAIHEALANI, ) <br> Defendant. ) | Case No. 25CR441-02-RBM <br><br> **UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO SUBSTITUTE SURETY** |

On February 14, 2025, an indictment was filed charging the defendant, JOHNNESE POOMAIHEALANI, along with her codefendant husband, with conspiracy to distribute a detectable amount of fentanyl and cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 846. Ms. Poomaihealani was not arrested at that time but appeared voluntarily in court for her initial appearance in this matter on February 27, 2025.

The Court set a bond in the amount of $10,000 to be secured by the signature of one financially responsible related adult. (Doc. 28). The Court allowed Ms. Poomaihealani to remain out of custody and allowed her until March 13, 2025 to submit the completed bond documents. That deadline was extended to March 14, 2025 at the request of Ms. Poomaihealani's counsel.

On March 17, 2025, the bond documents on behalf of Ms. Poomaihealani

were filed with the Court. (Doc. 37). Ms. Poomaihealani's aunt, Leilani-Roxanne K. Poomaihealani, is the surety on the bond. The bond was subsequently modified on November 25, 2025 (Doc. 60) to allow Ms. Poomaihealani to move to Hawaii and reside with her mother since Ms. Poomaihealani was discharged from the Navy and would no longer be living in San Diego where she was stationed.

Recently, the surety on the bond has requested to be removed from the bond. This is not because of any concerns that Ms. Poomaihealani would flee or violate any conditions of her pretrial release but stems from personal family issues.

Counsel for Ms. Poomaihealani is proposing to substitute the current surety with Ms. Poomaihealani's mother, Rose Ann Poomaihealani, as the new surety. Ms. Poomaihealani continues to work and live with her mother in Hawaii

Counsel for Ms. Poomaihealani has contacted AUSA Keith Ellison, one of the prosecutors currently assigned to this case and provided him with new bond documents that contain the surety agreement and supporting financial documents for the proposed new surety, Rose Ann Poomaihealani. AUSA Ellison has stated that the government has approved Rose Ann Poomaihealani as the new surety

Therefore, Ms. Poomaihealani respectfully requests that the Court modify the bond filed in this matter to remove Leilani Roxanne K. Poomaihealani and substitute Rose Ann Poomaihealani as the new surety on this bond. The completed bond documents will be provide to the Court's efile address for consideration for approval.

Respectfully submitted,

DATED: May 6, 2026                    s/Michael Littman
                                                    Attorney for Defendant
                                                    JOHNNESE POOMAIHEALANI

2